# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BOILERMAKER-BLACKSMITH NATIONAL PENSION FUND, *et al.*, </br></br>　　　　　　Plaintiffs, </br></br>vs. </br></br>BOILERWORKS, INC., </br>　　　　　　Defendant. | Case No. 2:18-cv-2334 |

## NOTICE OF VOLUNTARY DISMISSAL
## UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)

Plaintiffs hereby file this Notice of Voluntary Dismissal, and states as follows:

1.　Plaintiffs filed this lawsuit on June 21, 2018.

2.　Without court action, Plaintiffs may voluntarily dismiss an action without prejudice before that party serves either an answer or a motion for summary judgment or by all parties who have made an appearance.  Fed. R. Civ. P. 41(a)(1)(A).

3.　To date, Defendant Boilerworks, Inc. has not appeared, served an answer, or served a summary judgment motion.

4.　So, Plaintiffs hereby notify the Court and all other parties that it dismisses this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A).

Dated: February 14, 2020

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　**BLAKE & UHLIG, PA**

　　　　　　　　　　　　　　　　　　　　　　　/s/Nathan Kakazu
　　　　　　　　　　　　　　　　　　　　　　　Nathan Kakazu
　　　　　　　　　　　　　　　　　　　　　　　KS Bar No. 28276
　　　　　　　　　　　　　　　　　　　　　　　753 State Avenue, Suite 475
　　　　　　　　　　　　　　　　　　　　　　　Kansas City, KS 66101

(913) 321-8884
(913) 321-2396 ó Fax
nak@blake-uhlig.com
**Attorney for Plaintiffs**

3

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 14, 2020 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which automatically sent notification of such filing to all participating users.

                          /s/Nathan Kakazu